UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GURMAIL SINGH, | CASE NO. C08-0741-RAJ |
| Petitioner, | |
| v. | REPORT AND RECOMMENDATION |
| MICHAEL CHERTOFF, et al., | |
| Respondents. | |

On May 12, 2008, petitioner Gurmail Singh, proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE"). (Dkt. 1). On May 27, 2008, however, respondents filed a Return Memorandum and Motion to Dismiss, indicating that on May 7, 2008, ICE removed petitioner from the United States via commercial aircraft. (Dkt. 7). Respondent asserts that because petitioner is no longer detained by ICE, his habeas petition should be dismissed as moot. *Id.*

For a federal court to have jurisdiction, "an actual controversy must exist at all stages of the litigation." *Biodiversity Legal Foundation v. Badgley*, 309 F.3d 1166, 1173 (9th Cir. 2002).

REPORT AND RECOMMENDATION
PAGE -1

"When a controversy no longer exists, the case is moot." *Id*. Because petitioner is no longer detained by ICE, the Court finds that petitioner's habeas petition should be dismissed as moot. *See, e.g., Cooney v. Edwards*, 971 F.2d 345, 346 (9th Cir. 1992) (holding that the District Court properly dismissed plaintiff's claims that had become either moot or unripe). Accordingly, I recommend that respondents' motion to dismiss be granted, and that this action be dismissed with prejudice. A proposed Order accompanies this Report and Recommendation.

DATED this 29th day of May, 2008.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2